UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEL JACKSON,<br><br>   Plaintiff,<br><br>  v.<br><br>COUNTY OF MADERA, et al.,<br><br>   Defendants. | No. 1:22-cv-00069-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 9) |

  Plaintiff Cornel Jackson is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On April 6, 2022, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed, without leave to amend, because plaintiff failed to state any cognizable claims that could proceed at this time in light of his ongoing state criminal proceedings. (Doc. No. 9.) Additionally, the assigned magistrate judge recommended that plaintiff's motion for a preliminary injunction, which sought to enjoin his state court criminal prosecution, be denied. (*Id.* at 12.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days of service. (*Id.*)

To date, plaintiff has not filed any objections to the pending findings and recommendations, and the time in which to do so has since passed. However, on May 2, 2022, plaintiff filed a motion repeating his request that the court enjoin his state court criminal prosecution. (Doc. No. 10.) That most recently filed motion will be denied for the same reasons identified by the magistrate judge in the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 6, 2022 (Doc. No. 9) are adopted;
2. Plaintiff's motions for injunctive relief (Doc. Nos. 4, 10) are denied;
3. This action is dismissed without leave to amend; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 10, 2022**

UNITED STATES DISTRICT JUDGE